AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

IGNACIO GARCIA AND MIKE O'DONNELL,
AS TRUSTEES OF THE VALLEY MORTAR
TRADES HOLDING TRUST FUND AND PENSION
TRUST FUND FOR PLASTERERS LOCAL 300;

V.

TROY DUDLEY, individually and doing
business as SUPERIOR STUCCO

FILED 2008 JUL 17 P 1:22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA., S.J.

ADR
E-FILING

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 02525 PVT   RMW

TO: TROY DUDLEY, individually and doing
business as SUPERIOR STUCCO
4137 North Academy
Sanger, CA 93657

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, CA 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                           MAY 1 9 2008
CLERK                                        DATE

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ............................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| IGNACIO GARCIA, ET AL. | CASE NUMBER |
| Plaintiff. | c08 02525 RMW PVT |
| TROY DUDLEY | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISTRICT COURT GUIDELINES; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; INSTRUCTIONS FOR COMPLETION OF ADR FORMS

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : TROY DUDLEY, INDIVIDUALLY AND DOING BUSINESS AS
                    SUPERIOR STUCCO

By Serving        : Troy Dudley

Address           : ( Home )

                    4137 North Academy Avenue
                    Sanger, Ca 93657

Date of Service   : July 5, 2008

Time of Service   : 5:30PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 5, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered FRESNO
Number S200110000014

Signature: _____
                JOE HERRERA, JR.