4137 N. Academy
Sanger Ca, 93657
Tel# 559 876 1444
Fax# 559 876 1766

**FILED**

JUL 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

To whom it may concern;

This letter is in response to a summons from Sue Cambell case No. c08-02525 RMW filed on 5/16/08 to Honorable Ronald M. Whyte who will oversee these proceedings. I currently cannot provide legal council for financial reasons but I declare these allegations against my company are false and I will provide legal council at the time of our September court proceedings. I am not familiar with court procedures but I feel the case should be moved to the Fresno district court were the agreement between myself and Gary Clark and the local 300 union took place.

Sincerely,

[signature]

Superior Stucco
Troy Dudley

SUPERIOR STUCCO
4137 N. ACADEMY
SANGER, CA 93657

FRESNO CA 937
17 JUL 2008 PM 3 L

Honorable Ronald M. Whyte
United States District Judge
280 South First Street
San Jose, CA 95113
4th floor Courtroom 6

951134 3002