4137 N, Academy
Sanger Ca, 93657
Tel# 559 876 1444
Fax# 559 876 1766

FILED

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom it may concern;

This letter is in response to a summons from Sue Cambell case No. c08-02525 RMW filed on 5/16/08 to Honorable Ronald M. Whyte who will oversee these proceedings. I currently cannot provide legal council for financial reasons but I declare these allegations against my company are false and I will provide legal council at the time of our September court proceedings. I am not familiar with court procedures but I feel the case should be moved to the Fresno district court were the agreement between myself and Gary Clark and the local 300 union took place.

Sincerely

Superior Stucco
Troy Dudley