Troy Dudley doing business as Superior Stucco
4137 North Academy
Sanger, CA 93657
Office:    (559) 876-1444
Fax:       (559) 876-1766

In Pro Per

FILED
2008 AUG -8 A 10:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO GARCIA and MIKE O'DONNELL as Trustees of THE VALLEY MORTAR TRADES HOLDING TRUST FUND AND PENSION TRUST FUND FOR PLASTERERS LOCAL 300,<br><br>   Plaintiffs,<br><br>   vs.<br><br>TROY DUDLEY, individually and doing business as SUPERIOR STUCCO<br><br>   Defendants. | CASE NO: C-08-02525 PVT<br><br>**ANSWER OF DEFENDANT TROY DUDLEY, individually and doing business as SUPERIOR STUCCO** |

1. Answering paragraph 1 of the Complaint, Defendants admit that this court has jurisdiction under 29 U.S.C. §§ 185, 1132.

2. Answering paragraph 2 of the Complaint, Defendants are without specific knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3. Answering paragraph 3 of the Complaint, Defendants are without specific knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

4. Answering paragraph 4 of the Complaint, Defendants admit all allegations therein, except for the allegation that Defendant is an employer as defined in U.S.C. § 1002(5), which Defendants deny because they are without specific knowledge or information to form a belief as to the truth of that allegation.

5. Answering paragraph 5 of the Complaint, Defendants admit signing the collective bargaining agreement, and deny all other allegations therein, as they are without specific knowledge or information to form a belief as to the truth of that allegation.

6. Answering paragraph 6 of the Complaint, Defendants are without specific knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

7. Answering paragraph 7 of the Complaint, Defendants are without specific knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

8. Answering paragraph 8 of the Complaint, Defendants are without specific knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

9. Answering paragraph 9 of the Complaint, Defendants are without specific knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

10. Answering paragraph 10 of the Complaint, Defendants deny each and every allegation contained therein.

11. Answering paragraph 11 of the Complaint, Defendants

admit that Plaintiff, through their agents, have made demand for payment, but Defendants deny being delinquent in any payments.

12. Answering paragraph 12 of the Complaint, Defendants are without specific knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

13. AS FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that the Complaint fails to sufficiently constitute a cause of action or fails to state facts upon which a claim can be based.

14. AND AS FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that the damages suffered by Plaintiffs, if any, were the result of the acts or omissions of other parties, named and unnamed in this action, for which Defendants bear no responsibility.

15. AND AS FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that any recovery by Plaintiffs must be set off or reduced, abated, or apportioned to the extent that the other party's actions caused or contributed to damages, if any.

16. AND AS FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that Plaintiffs assumed the risk of all damages of which it now complains.

17. AND AS FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that the Complaint and each cause of action is barred by any applicable statute of limitations.

18. AND AS FOR A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants allege that the Complaint is barred in whole

1 | or in part by laches.

2 | 19. AND AS FOR A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE
3 | DEFENSE, Defendants allege that the Complaint is barred in whole
4 | or in part by Plaintiffs' unclean hands.

5 | 20. AND AS FOR AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE
6 | DEFENSE, Defendants allege that Plaintiffs have failed to
7 | mitigate damages, and any damages found to be owed by Defendants
8 | must be eliminated accordingly.

9 | 21. AND AS FOR A NINTH SEPARATE AND AFFIRMATIVE DEFENSE,
10 | Defendants reserve the right to assert defenses in the event
11 | discovery indicates that they are appropriate.

12 | WHEREFORE, Defendants pray as follows:

13 | 1. That the Plaintiffs take nothing by the Complaint, that
14 | judgment be rendered in favor of Defendants;

15 | 2. That Defendants be awarded the costs incurred in the
16 | defense of this action;

17 | 3. For such other and further relief as the Court deems
18 | just and proper.

20 | DATED: August 6, 2008

Trey Dudley, In Pro Per

PROOF OF SERVICE BY U.S. MAIL AND FACSIMILE

My business address is 400 Reed Street, Santa Clara, California. I am employed in the County of Santa Clara, State of California, which is the county where the mailing described herein occurred. I am over the age of 18 years, and not a party to this cause.

On August 8, 2008, I served true copies of:

**ANSWER OF DEFENDANT TROY DUDLEY, individually and doing business as SUPERIOR STUCCO**

by depositing the same in the mail in a sealed envelope with postage thereon fully prepaid, and by facsimile, addressed as follows:

   Sue Campbell, Esq.
   1155 North First Street, Suite 101
   San Jose, California 95122
   Facsimile: (408) 938-1035

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed in Santa Clara, California.

DATED: August 8, 2008

_____
Christopher Carpenter