**E-FILED on** 8/24/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>          Plaintiff,<br><br>     v.<br><br>OLIN CORPORATION; and DOES 1-10, inclusive,<br><br>          Defendants. | No. C-07-03756 RMW<br><br>ORDER FOR FURTHER SETTLEMENT CONFERENCE |

The parties are hereby referred to Magistrate Judge Patricia V. Trumbull for a further pretrial settlement conference to be completed prior to the September 3, 2009 pretrial conference.  Counsel shall contact Magistrate Judge Trumbull's chambers to coordinate scheduling the further settlement conference.

DATED:      8/24/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER FOR FURTHER SETTLEMENT CONFERENCE —No. C-07-03756 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Christopher Berka | chris.berka@bingham.com |
| Greg Alan Christianson | greg.christianson@bingham.com |
| Emily Jane Leahy | emily.leahy@bingham.com |
| Holly Louise Pearson | holly.pearson@bingham.com |

**Counsel for Defendants:**

| | |
|---|---|
| Randall C. Creech | Rcreech@sjlegal.com |
| Michael Eric Molland | mmolland@morganlewis.com |
| Aaron Scott Dutra | asdutra@morganlewis.com |
| Benjamin Patrick Smith | bpsmith@morganlewis.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/24/09

TER
**Chambers of Judge Whyte**

ORDER FOR FURTHER SETTLEMENT CONFERENCE  —No. C-07-03756 RMW
TER
2