1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

**E-FILED on**  9/17/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ignacio Garcia and Mike O'Donnell, as Trustees of the Valley Mortar Trades Holding Trust Fund and Pension Trust Fund for Plasterers Local 300;<br><br>          Plaintiffs,<br><br>   v.<br><br>Troy Dudley, individually and doing business as Superior Stucco;<br><br>          Defendant. | No. C-08-02525 RMW<br><br><br>JUDGMENT |

On September 15, 2009, the court granted summary judgment in favor of plaintiffs and against defendant.  Therefore,

IT IS HEREBY ordered that plaintiffs Ignacio Garcia and Mike O'Donnell, as Trustees of the Valley Mortar Trades Holding Trust Fund and Pension Trust Fund for Plasterers Local 300, recover $103,944.80 in unpaid contributions, plus interest on the unpaid contributions at the rate of 10% from the date due through the date of this judgment, $10,394.48 in liquidated damages, and $1,895.27 in audit fees, plus attorney's fees and costs, from defendant Troy Dudley, individually and doing business as Superior Stucco.  Plaintiffs shall include their calculation of requested pre-

1   judgment interest in their bill of costs, accompanied by a declaration explaining the method of

2   interest calculation.

3

4   DATED:        9/17/09

5                                                   RONALD M. WHYTE
                                                    United States District Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Plaintiffs:**

3

**Sue Campbell**
Email: suecampbell@att.net

4

5

**A copy of this document has been mailed to:**

6

**Defendant:**

7

**Troy Dudley**
Superior Stucco

8

4137 N. Academy
Sanger, CA 93657

9

10

11

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

12

13

14

**Dated:**      9/17/09              TER

15

**Chambers of Judge Whyte**

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT—No. C-08-02525 RMW
EHM/ter                    3