E-FILED on  12/9/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ignacio Garcia and Mike O'Donnell, as Trustees of the Valley Mortar Trades Holding Trust Fund and Pension Trust Fund for Plasterers Local 300;<br><br>Plaintiffs,<br><br>v.<br><br>Troy Dudley, individually and doing business as Superior Stucco;<br><br>Defendant. | No. C-08-02525 RMW<br><br><br>ORDER GRANTING PLAINTIFFS' MOTION TO RE-TAX COSTS<br><br><br>**[Re Docket No. 35]** |

Plaintiffs' motion to re-tax costs was noticed for hearing on December 11, 2009. No opposition was filed. The court finds that this matter is suitable for decision without oral argument and accordingly, the December 11, 2009 hearing date is vacated.

Having considered plaintiffs' papers, and for good cause appearing, plaintiff's motion to re-tax costs is granted. The judgement has already awarded reasonable attorney's fees and prejudgment interest. Plaintiffs' papers establish that it is appropriate to award $18,070.56 in prejudgment interest and $10,032.75 in attorney's fees. Accordingly, costs are taxed in the total amount of $28,849.43 and are included in the judgment.

DATED:     12/8/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER —No. C-08-02525 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Sue Campbell**          suecampbell@att.net

**Notice of this document has been mailed to:**

**Defendant:**

Troy Dudley
Superior Stucco
4137 N. Academy
Sanger, CA 93657

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   12/9/09                                                  TER

                                                          **Chambers of Judge Whyte**

ORDER —No. C-08-02525 RMW
TER                                            2