**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|
| SUE CAMPBELL, Attorney at Law    SBN: 98728<br>1155 North First Street, Suite 101<br>San Jose, California 95112<br><br>TELEPHONE NO.: 408-277-0648    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: U.S.D.C. - Northern District
MAILING ADDRESS: 280 South First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: IGNACIO GARCIA, et. al.

DEFENDANT: TROY DUDLEY, et. al.

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                      [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C08-02525 RMW |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** Northern District
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* IGNACIO GARCIA, et. al.
   is the  [X] judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name and last known address)*:

   ┌─────────────────────────────────────┐
   │ TROY DUDLEY, individually and doing │
   │ business as SUPERIOR STUCCO         │
   │ 4137 North Academy                  │
   │ Sanger, CA 93657                    │
   │                                     │
   │                                     │
   └─────────────────────────────────────┘

   [ ] Additional judgment debtors on next page
5. **Judgment entered on** *(date):*
   9/17/2009
6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [ ] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ............................................. $  145,083.98
12. Costs after judgment (per filed order or memo CCP 685.090) ............... $
13. Subtotal *(add 11 and 12)* ................... $  145,083.98
14. Credits ............................................ $
15. Subtotal *(subtract 14 from 13)* ........... $  145,083.98
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) .. $
17. Fee for issuance of writ ........................ $
18. **Total** *(add 15, 16, and 17)* ................ $  145,083.98
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of ................ $  2.46
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ............... $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on *(date):* 9/1/10   Clerk, by *Sandy M*   Sandy Morris, Deputy

RICHARD W. WIEKING

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

Martin Dean's ESSENTIAL FORMS™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov